UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARNELL THOMPSON,

        Petitioner,                         Case Number 10-10007
                                                        Honorable David M. Lawson

v.

JEFFREY LARSON,

        Respondent.

_____/

## **ORDER DENYING CERTIFICATE OF APPEALABILITY**

The petitioner filed a petition for a writ of habeas corpus on January 4, 2010. On March 15, 2013 the Court entered an opinion and order determining that the petitioner's rights to present a defense and to cross-examine were not violated, the petitioner's sufficiency of the evidence claim lacked merit, and the petitioner's claim that the sentencing guidelines were mis-scored was not cognizable on federal habeas review. On this basis, the Court entered judgment against the petitioner.

Pursuant to Rule 11 of the Rules Governing Section 2254 Proceedings, which was amended as of December 1, 2009:

> The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. . . . If the court issues a certificate, the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2). If the court denies a certificate, a party may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22.

Rule 11, Rules Governing Section 2254 Proceedings.

A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Courts must either issue a certificate

of appealability indicating which issues satisfy the required showing or provide reasons why such a certificate should not issue. 28 U.S.C. § 2253(c)(3); Fed. R. App. P. 22(b); *In re Certificates of Appealability*, 106 F.3d 1306, 1307 (6th Cir. 1997). To receive a certificate of appealability, "a petitioner must show that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotes and citations omitted).

The Court finds that reasonable jurists could not debate whether the petitioner's rights to present a defense and to cross-examine were violated, the petitioner's sufficiency of the evidence claim lacked merit, or the petitioner's claim that the sentencing guidelines were mis-scored was cognizable on federal habeas review. Therefore, the Court will deny a certificate of appealability on these issues.

Accordingly, it is **ORDERED** that a certificate of appealability is **DENIED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: March 15, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 15, 2013.

s/Deborah R. Tofil
DEBORAH R. TOFIL

---